UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LINDA JACKIE CALDWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) | No. 3:08-CV-513 <br> (Phillips/Shirley) |

## MEMORANDUM OPINION

This Social Security appeal is before the Court on the report and recommendation ("R&R") filed by United States Magistrate Judge C. Clifford Shirley [Doc. 18]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that plaintiff's Motion for Summary Judgment [Doc. 11] be denied, and that defendant Commissioner's Motion for Summary Judgment [Doc. 15] be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 18] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

1

It is **ORDERED,** for the reasons stated in the R&R [Doc. 18], that plaintiff's Motion for Summary Judgment [Doc. 11] is **DENIED**, and that defendant Commissioner's Motion for Summary Judgment [Doc. 15] is **GRANTED**. Accordingly, the Commissioner's decision denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED,** and this case is **DISMISSED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge